# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| TIRON BEANE, | Civil Nos. 18-1849 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| STATE OF MINNESOTA, et al, | **AND RECOMMENDATIONS** |
| Defendants, | |

_____

Tiron Beane, 401 Fourth Avenue South, Minneapolis, MN 55415 *pro se* plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** this action is **DISMISSED WITHOUT PREJUDICE,** under Fed. R. Civ. P. 41(b) for failure to prosecute**.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 7, 2018      s/John R. Tunheim  
at Minneapolis, Minnesota     JOHN R. TUNHEIM  
                                            Chief Judge  
                                            United States District Court